# EXHIBIT 2

# EXHIBIT 2

Statement of security officer Andrew Miller

# RENO POLICE DEPARTMENT
# STATEMENT



**FOR POLICE USE ONLY:**

CASE NO 15-22056

TAKEN BY: _____

## PERSON MAKING THE STATEMENT

| | |
|---|---|
| NAME OF PERSON MAKING STATEMENT | ANDREW Miller |
| OTHER NAMES USED | |
| RESIDENCE (Street) ADDRESS: | 2707 S. Virginia Street |
| (City, State, Zip) | Reno NV 89502 |
| HOME PHONE: | |
| WORK PHONE: | 775-689-7355 |

RACE: ☐ White ☐ Indian ☐ Black ☐ Asian ☐ Other
SEX: ☐ Male ☐ Female
DATE OF BIRTH:
HEIGHT:  WEIGHT:  HAIR:  EYES:
SOCIAL SEC NO:
FAX:
CELL/PAGER:
OTHER NO TO CALL:

OCCUPATION AND WHERE EMPLOYED: SECURITY : PEPPERMILL CASINO RESORT
WORK/SCHOOL ADDRESS: 2707 S. Virginia Street, Reno, NV 89502
WORK HOURS:
DAYS OFF:

INVOLVEMENT: ☐ Driver ☐ Passenger ☐ Complainant ☐ Victim ☒ Witness
MY LOCATION WHEN THE EVENT OCCURRED:

## WRITTEN STATEMENT

1. While I was walking on the casino floor I found a
2. White male identified as Thomas Purdy stating that
3. people were all around him trying to shoot him but there
4. was nobody around. We told him to leave Property. He
5. went into Valet when we made contact again. That's
6. when I trospassed him at 035 hours. We got him
7. to leave Property but he returned immidiately so we
8. arrested him for trespassing at 217 hours.
9.
10.
11.
12.
13.
14.

DATE & TIME OF STATEMENT: Date: 10/4/15  Time: 0403

NUMBER OF PAGES IN STATEMENT: ___

SIGNATURE OF PERSON MAKING THIS STATEMENT: X _____

FOR POLICE USE ONLY: RELF. TO: _____  DATE: _____  BY: _____