# EXHIBIT 1 – Surveillance Video

**EXHIBIT 1**

