| | |
|---|---|
| 1 | **KENT R. ROBISON, ESQ. – NSB #1167** |
| | krobison@rssblaw.com |
| 2 | **Robison, Simons, Sharp & Brust** |
| | 71 Washington Street |
| 3 | Reno, Nevada 89503 |
| | Telephone: (775) 329-3151 |
| 4 | Facsimile: (775) 329-7169 |
| | *Attorneys for Defendants* |
| 5 | *PEPPERMILL CASINOS, INC., dba* |
| | *PEPPERMILL HOTEL CASINO aka* |
| 6 | *PEPPERMILL RESORT SPA CASINO,* |
| | *ZACHARY SINER, ANDREW MILLER,* |
| 7 | *RUSSEL SMITH, SAMANTHA MONTIEL* |
| | *and KYLE VONKRAUSS* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

THE ESTATE OF THOMAS JOSEPH PURDY, by and through Special Administrator Steve Scow, Esq.; THOMAS PURDY, individually,

Plaintiffs,

vs.

PEPPERMILL CASINOS, INC. dba PEPPERMILL HOTEL CASINO aka PEPPERMILL RESORT SPA CASINO, a Nevada Corporation; ZACHARY SINER; ANDREW MILLER; RUSSEL SMITH; SAMANTHA MONTIEL; KYLE VONKRAUSS; CITY OF RENO, a political subdivision of the State of Nevada; RENO POLICE OFFICER MAXWELL; RENO POLICE OFFICER TALLMAN; RENO POLICE OFFICER APARICIO; RENO POLICE OFFICER GOOD; WASHOE COUNTY, a political subdivision of the State of Nevada; DEPUTY PAUL HUBBELL; DEPUTY BRENDEN GLYNN; DEPUTY ANDRES SILVA; and SERGEANT WAYNE WESTERLIND,

Defendants.
_____/

**Case No.: 3:17-cv-00423-MMD-WGC**

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER THEREON**

By and through their undersigned counsel, the parties agree and stipulate that the Plaintiffs' claims against Defendant Peppermill Casinos, Inc. dba Peppermill Hotel Casino aka Peppermill Resort Spa Casino, Zachary Siner, Andrew Miller, Russel Smithy, Samantha Montiel and Kyle Vonkrauss be dismissed with prejudice.

DATED this 27 day of December, 2017.

LAGOMARSINO LAW
3005 W. Horizon Ridge Parkway, #241
Henderson, Nevada 89052

/s/ Andre M. Lagomarsino
ANDRE M. LAGOMARSINO – NSB #6711
*Attorneys for Plaintiffs*
*The Estate of Thomas Joseph Purdy and*
*Thomas Purdy*

ROBISON, SIMONS, SHARP & BRUST
A Professional Corporation
71 Washington Street
Reno, Nevada 89503

KENT R. ROBISON – NSB #1167
*Attorneys for Defendants*
PEPPERMILL CASINOS, INC., dba PEPPERMILL
HOTEL CASINO aka PEPPERMILL RESORT SPA
CASINO, ZACHARY SINER, ANDREW MILLER,
RUSSEL SMITH, SAMANTHA MONTIEL
and KYLE VONKRAUSS

## ORDER

IT IS SO ORDERED.

DATED this 27th day of December, 2017.

UNITED STATES DISTRICT JUDGE