KARL HALL
Reno City Attorney
MARK HUGHS
Nevada Bar #5375
Post Office Box 1900
Reno, NV 89505
(775) 334-2050
*Attorneys for Officers Jorge Aparicio,
Christopher Good, David Tallman,
Robert Maxwell, and City of Reno*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THE ESTATE OF THOMAS JOSEPH PURDY, by and through Special Administrator Steve Scow, Esq.; THOMAS PURDY, individually,<br><br>Plaintiffs,<br>vs.<br><br>PEPPERMILL CASINOS, INC. dba PEPPERMILL HOTEL CASINO aka PEPPERMILL RESORT SPA CASINO, a Nevada Corporation; ZACHARY SINER; ANDREW MILLER; RUSSEL SMITH; SAMANTHA MONTIEL; KYLE VONKRAUSS; CITY OF RENO, a political subdivision of the State of Nevada; RENO POLICE OFFICER MAXWELL; RENO POLICE OFFICER TALLMAN; RENO POLICE OFFICER APARICIO; RENO POLICE OFFICER GOOD; WASHOE COUNTY, a political subdivision of the State of Nevada; DEPUTY PAUL HUBBELL; DEPUTY TIMOTHY SENGER; DEPUTY BRENDAN GLYNN; DEPUTY ANDRES SILVA; and SERGEANT WAYNE WESTERLIND;<br><br>Defendants.<br>_____ / | Case No.: 3:17-CV-00423-MMD-WGC |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiffs THOMAS PURDY and THE ESTATE OF THOMAS JOSEPH PURDY, by and through their attorney Andre Lagomarsino, and the Defendants CITY OF RENO, and Reno Police Officers Robert Maxwell, Jorge Aparicio, Christopher Good, and David Tallman (collectively, the "Reno Defendants"), by and through their Attorneys Karl Hall, Reno City

Attorney, and Mark A. Hughs, Deputy Reno City Attorney, stipulate to dismissal of all claims in this action against each and every Reno Defendant, with prejudice. Each party to this Stipulation shall bear its own attorney fees and costs.

DATED this 5th day of ~~October~~ January, 2018.  DATED this 2nd day of ~~October~~ January, 2018.

KARL HALL
Reno City Attorney

By: _____
MARK A. HUGHS
Deputy City Attorney
Nevada Bar #5375
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050
*Attorneys for Terry West*

_____
ANDRE M. LAGOMARSINO
Nevada Bar #6711
3005 W. Horizon Ridge Pkwy., #241
Henderson, NV 89052
(702) 383-2864
*Attorney for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

Dated this 8th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE